1  **NORMA A. AGUILAR**
   California State Bar No. 211088
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Email: Norma_Aguilar@fd.org

5  Attorneys for Mr. Jinesta

8               UNITED STATES DISTRICT COURT

9            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE LOUISA S. PORTER)**

11  UNITED STATES OF AMERICA,      )   Case No. 08MJ0047-POR-2
                                    )
12            Plaintiff,            )
                                    )
13  v.                              )
                                    )   **NOTICE OF APPEARANCE**
14  OMAR JINESTA,                   )
                                    )
15            Defendant.            )
                                    )

17        Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18  Norma A. Aguilar, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney
19  in the above-captioned case.

20                                      Respectfully submitted,

22  Dated: January 11, 2008            */s/  Norma Aguilar*
                                        **NORMA AGUILAR**
23                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Mr. Jinesta
24                                      Norma_Aguilar@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: January 11, 2008         /s/ *Norma Aguilar*
**NORMA AGUILAR**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Email: Norma_Aguilar@fd.org