1  LEWIS C. MULLER/State Bar No. 77525
   Attorney at Law
2  9625 Mission Gorge Road, Ste. B2, PMB 357
   Santee, California 92071
3  Tel: (619) 504-1539
   Fax: (619) 449-9635
4  E-mail: lewmuller@cox.net

5  Attorney for Defendant

6

FILED
JAN 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

7              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,     )   Case No. 08mj6047
                                 )
10               Plaintiff,      )   SUBSTITUTION OF ATTORNEY
                                 )
11       v.                      )
                                 )
12  OMAR TINESTA                 )
                                 )
13               Defendant.      )

14       Defendant, OMAR TINESTA, hereby substitutes, Lewis C. Muller,
    Attorney at law, as attorney of record in place and stead of Federal Defenders.
15  The office address and telephone number of the new attorney is:

16              Lewis C. Muller, Attorney at Law
                9625 Mission Gorge Rd., Ste. B2, PMB 357
17              Santee, CA 92071
                Tel: (619) 504-1539/Fax: (619) 449-9635
18

19  Dated: 1-19-08                    _____
                                      Defendant
20
       I hereby consent to the above substitution.
21  Dated: 1-22-08                    _____
                                      Attorney at Law
22
       I, Lewis C. Muller, hereby accept the above substitution.
23  Dated: 1-22-08                    _____
                                      LEWIS C. MULLER
24                                    Attorney at Law

25  **IT IS SO ORDERED.**
                                      _____
                                      JUDGE

-1-